# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JACKSON**                                                                  **PETITIONER**

**v.**                       **NO. 2:25-cv-00047-BSM-PSH**

**BUREAU OF PRISONS**                                                          **RESPONDENT**

## FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Michael Jackson ("Jackson") began this case on March 5, 2025, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He failed, though, to accompany his petition with the five-dollar filing fee or, alternatively, a motion for leave to proceed in forma pauperis.

On March 7, 2025, Jackson was notified of his oversight and given thirty days from March 7, 2025, or up to, and including, April 7, 2025, to either pay the filing fee or file a motion for leave to proceed in forma pauperis. He was cautioned that in the event he failed to either pay the filing fee or file a motion for leave to proceed in forma pauperis within thirty days of March 7, 2025, the undersigned would recommend that this case be dismissed without prejudice.

Thirty days from March 7, 2025, have now come and gone, and Jackson has neither paid the filing fee nor filed an application to proceed in forma pauperis. In fact, approximately forty-five days from March 7, 2025, have now come and gone, and Jackson has done nothing. Given his failure to either pay the filing fee or file an application to proceed in forma pauperis, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent Bureau of Prisons.

DATED this 21st day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE