# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL JACKSON**  **PETITIONER**
*REG. #30180-424*

v.  **CASE NO. 2:25-CV-00047-BSM**

**BUREAU OF PRISONS**  **RESPONDENT**

## ORDER

After careful review of the record, Magistrate Judge Patricia S. Harris's findings and recommendation [Doc. No. 3] is adopted. Michael Jackson's petition [Doc. No. 1] is denied and dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE