IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL JACKSON**                                                                 **PETITIONER**
*REG. #30180-424*

v.                              CASE NO. 2:25-CV-00047-BSM

**BUREAU OF PRISONS**                                                         **RESPONDENT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE